United States Bankruptcy Court
Central District of California

In re:                                                                  Case No. 11-18956-VZ
Brant Vasilieff                                                         Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0973-2        User: kcollinsC        Page 1 of 1              Date Rcvd: Apr 01, 2011
                            Form ID: odspb         Total Noticed: 7

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 03, 2011.
db           +Brant Vasilieff,    1137 N Central Ave #1705,    Glendale, CA 91202-3679
aty          +Victor J Yoo,    2049 Century Park East Ste 3850,    Los Angeles, CA 90067-3101
smg         ++EMPLOYMENT DEVELOPMENT DEPARTMENT,    STATE OF CALIFORNIA,
               BENEFIT OVERPAYMENT COLLECTION SECTION,    MIC 91,    PO BOX 826218,    SACRAMENTO CA 94230-6218
              (address filed with court:  Employment Development Dept.,    Bankruptcy Group MIC 92E,
               P.O. Box 826880,    Sacramento, CA  94280-0001)
smg           Los Angeles City Clerk,    P.O. Box 53200,    Los Angeles, CA  90053-0200
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           EDI: EDD.COM Apr 02 2011 02:58:00      Employment Development Dept.,    Bankruptcy Group MIC 92E,
               P.O. Box 826880,    Sacramento, CA  94280-0001
28733010      EDI: CALTAX.COM Apr 02 2011 02:58:00      FRANCHISE TAX BOARD,    ATTENTION BANKRUPTCY,
               PO BOX 2952,    SACRAMENTO CA  95812-2952
28733011      EDI: IRS.COM Apr 02 2011 02:58:00      INTERNAL REVENUE SERVICE,    SPF INSOLVENCY UNIT,
               PO BOX 7346,    PHILADELPHIA PA  19101-7346
28733012      EDI: IRS.COM Apr 02 2011 02:58:00      INTERNAL REVENUE SERVICE,    INSOLVENCY STOP 5022,
                300 N LOS ANGELES STREET,    ROOM 4062,    LOS ANGELES CA  90012
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*          Franchise Tax Board,    ATTN: Bankruptcy,    P.O. Box 2952,    Sacramento, CA  95812-2952
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 03, 2011**                          **Signature:**   _Joseph Speetjens_

Form odspb−odspab VAN−21)
Rev. 12/09

# United States Bankruptcy Court
## Central District Of California

255 East Temple Street, Los Angeles, CA 90012

## ORDER AND NOTICE OF DISMISSAL FOR
## FAILURE TO FILE SCHEDULES, STATEMENTS AND/OR PLAN

**DEBTOR INFORMATION:**
Brant Vasilieff

**BANKRUPTCY NO.**  2:11−bk−18956−VZ

**CHAPTER**  13

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):**  xxx−xx−2726
**Employer Tax−Identification (EIN) No(s).(if any):**  N/A
**Debtor Dismissal Date:** 4/1/11

**Address:**
1137 N Central Ave #1705
Glendale, CA 91202

It appearing that the debtor(s) in the above−captioned case has failed to file all the documents required under F.R.B.P. 1007 or 3015(b) within 14 days after the filing of the petition and no motion for an order extending the time to file the required documents has been timely filed in accordance with F.R.B.P. 1007(a)(5) or 3015(b),

IT IS HEREBY ORDERED THAT:

1) The case is dismissed.

2) The automatic stay is vacated.

3) Any discharge entered in this case is vacated.

4) The Court retains jurisdiction on all issues arising under Bankrupcty Code § 110, 329 and 362.

180 Day Restriction against being a debtor, 11 U.S.C. 109(g)

Dated: April 1, 2011

By the Court,
**Kathleen J. Campbell**
Clerk of Court